AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ NEVADA _____

| | |
|---|---|
| PRESCILLA PETRILLO<br><br>Plaintiff (s),<br>V.<br>PINNACLE SERVICES INC., dba SUMMIT COLLECTION SERVICES<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:22-CV-00261 |

Notice is hereby given that, subject to approval by the court, __PINNACLE SERVICES INC.__ substitutes
(Party (s) Name)

__CLIFTON YOUNG, ESQ._____, State Bar No. __1233__ as counsel of record in
(Name of New Attorney)

place of __NICHOLAS C. PALMER_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    CLIFTON YOUNG LAW
Address:      80 CONTINENTAL DRIVE SUITE 101
Telephone:    677-7777                 Facsimile _____
E-Mail (Optional):  CLIFFYOUNGLAW@YAHOO.COM

I consent to the above substitution.
Date:   10-17-22

_____
(Signature of Party (s))

I consent to being substituted.
Date:   10/14/2022

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   10/18/22

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____         _____
                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]