AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____NEVADA_____

PRESCILLA PETRILLO

    Plaintiff (s),

V.

PINNACLE SERVICES INC., dba SUMMIT COLLECTION SERVICES

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:22-CV-00261

Notice is hereby given that, subject to approval by the court, __PINNACLE SERVICES INC.__ substitutes
(Party (s) Name)

__CLIFTON YOUNG, ESQ.__ , State Bar No. __1233__ as counsel of record in
(Name of New Attorney)

place of __NICHOLAS C. PALMER__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:    CLIFTON YOUNG LAW

  Address:     80 CONTINENTAL DRIVE SUITE 101

  Telephone:    677-7777      Facsimile _____

  E-Mail (Optional):  CLIFFYOUNGLAW@YAHOO.COM

I consent to the above substitution.

Date:  10-17.22

                 (Signature of Party (s))

I consent to being substituted.

Date:  10/14/2022

                 (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  10/18/22

                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  January 18, 2023

                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]