Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

Michael R. Bertucci, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6326591
1301 W. 22nd St, Suite 711
Oak Brook, IL 60523
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
mike.bertucci@844seemike.com
***Admitted Pro Hac Vice***

Attorneys for Plaintiff, PRESCILLA PETRILLO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PRESCILLA PETRILLO,<br><br>        Plaintiff,<br>    v.<br><br>PINNACLE SERVICES INC., *doing business as*, Summit Collection Services<br><br>        Defendant. | Case No.: 3: 22-cv-00261-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, PRESCILLA PETRILLO, and Defendant, PINNACLE SERVICES INC., *doing business as*, Summit Collection Services, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

1

|   |   |
|---|---|
| DATED: April 29, 2024 | RESPECTFULLY SUBMITTED BY: |
| /s/ Michael R. Bertucci | /s/ Clifton Young |
| Michael R. Bertucci | Clifton Young |
| Agruss Law Firm, LLC | 80 Continental Drive, Suite 101 |
| 1301 W. 22nd St, Suite 711 | Reno, Nevada 89509 |
| Oak Brook, IL 60523 | Tel: 775-323-1898 |
| Tel: 312-224-4695 | Fax: 775-786-3388 |
| Fax: 312-253-4451 | cliffyounglaw@yahoo.com |
| mike.bertucci@844seemike.com | Attorney for Defendant |
| Attorney for Plaintiff |  |

IT IS SO ORDERED. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.

DATED THIS 30TH Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2